170 A.3d 298

**MCCOY, Frankie L., Sr.**

v.

**WARDEN, M.C.I.-J**

**Pet. Docket No. 168, Sept.Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Opinion of the Court of Special Appeals unreported (No. 2920, Sept.Term, 2015).

Petition for writ of certiorari denied

170 A.3d 298

**MT. PLEASANT A.M.E. CHURCH**

v.

**T & T SERVICES**

**Pet. Docket No. 573, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

(No. 03–C–16–006397, Circuit Court for Baltimore County.)

Petition for writ of certiorari denied